| | |
|---|---|
| 1 | ROBERT H. PLATT (State Bar No. 108533) |
| | rplatt@manatt.com |
| 2 | MARK S. LEE (State Bar No. 094103) |
| | mlee@manatt.com |
| 3 | SETH REAGAN (State Bar No. 279368) |
| | sreagan@manatt.com |
| 4 | MANATT, PHELPS & PHILLIPS, LLP |
| | 11355 West Olympic Boulevard |
| 5 | Los Angeles, California 90064-1614 |
| | Telephone:  (310) 312-4000 |
| 6 | Facsimile:   (310) 312-4224 |

JS-6

*Attorneys for Plaintiff*
AEREO, INC.

RYAN G. BAKER (State Bar No. 214036)
rbaker@bakermarquart.com
JAIME MARQUART (State Bar No. 200344)
jmarquart@bakermarquart.com
CHRISTIAN A. ANSTETT, (State Bar No. 240179)
canstett@bakermarquart.com
BAKER MARQUART LLP
Fourth Floor
10990 Wilshire Boulevard
Los Angeles, California 90024

*Attorneys for Defendants*
FILMON.COM, INC.; and ALKIVIADES DAVID,
a/k/a ALKI DAVID

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEREO, INC., a New York corporation, | Case No. CV 13-01612 ABC (JCx) |
| Plaintiff, | Hon. Audrey B. Collins |
| vs. | **ORDER RE: PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE OF ALL UNADJUDICATED CLAIMS AND PARTIES** |
| FILMON.COM, INC., a Delaware corporation; ALKIVIADES DAVID, a/k/a ALKI DAVID; and DOES 1 through 10, inclusive, | |
| Defendants. | |

307279522.1

1    WHEREAS, plaintiff Aereo, Inc. ("Plaintiff"), and defendants FilmOn.com, Inc., and Alkiviades David, a/k/a Alki David ("Defendants"), have entered into a settlement agreement, including terms providing for the release of certain claims between them.

WHEREAS, pursuant to the settlement agreement, for settlement purposes only and without any admission of liability, Defendants have consented to allow the entry of a permanent injunction against them as set forth below.

NOW, THEREFORE, Plaintiff and Defendants, through their respective counsel, hereby stipulate to and respectfully request the Court to enter a permanent injunction and dismiss all unadjudicated claims and parties with prejudice, as follows:

1.   Defendants and each of them, and all those under their direction or control or in active concert or participation with them, including without limitation the respective officers, directors, shareholders, employees, agents, successors, affiliates, representatives, licensees and assigns of FilmOn.com, Inc., are permanently enjoined from:

   a.   Using Plaintiff's trademark "Aereo" or any other confusingly similar terms including, without limitation, "Aero," "Aero.tv," and/or "Aereokiller" in connection with any commercial or business-related activity; and

   b.   Using any derivative or confusingly similar variant of the foregoing, or any other aspect of the trademarks of Plaintiff:
      (i)   to name and/or promote any of Defendants' businesses;
      (ii)  in connection with any aspect of the operation of any of Defendants' businesses or any other commercial websites or businesses;
      (iii) to divert consumers, including without limitation internet users, to any of Defendants' websites or businesses or any

1  |  other websites or businesses, including without limitation
2  |  via use as metatags or search terms; or
3  |  (iv)   in any other manner to infringe on Plaintiff's trademarks.

2. Except as adjudicated herein, all claims and counterclaims asserted by any party against any other shall hereby be dismissed with prejudice. Such dismissal pertains to this action only.

3. Plaintiff and Defendants shall each pay their own legal fees and costs incurred in connection with this action.

4. This Stipulation reflects the settlement of claims that are denied and contested. Each of the parties understands and agrees that by entering into this Stipulation, neither the parties, nor any of them, intends to, nor shall any of them be deemed to, admit any liability, obligation, misconduct or wrongdoing of any kind or nature whatsoever, and each denies any liability, obligation, misconduct or wrongdoing of any kind or nature whatsoever in connection with this action, or otherwise. The settlement between and among the parties is made entirely as a compromise for the purpose of settlement of the disputes referred to herein, to avoid the annoyance and expense of disputation or litigation and to compromise, settle and extinguish all claims, acts, damages, demands, rights of action and causes of action between them to the extent set forth in the parties' settlement agreement.

///
///
///
///
///
///
///
///
///

1        5.    This Court shall retain continuing jurisdiction over the parties to
2  enforce this Stipulation and Order.

3  Dated: May 17, 2013                MANATT, PHELPS & PHILLIPS, LLP

5                                     By:  /s/ Robert H. Platt
                                          Robert H. Platt
                                          *Attorneys for Plaintiff*
6                                         BARRY DILLER

7  Dated: May 17, 2013                BAKER MARQUART LLP

9                                     By:  /s/ Ryan G. Baker
                                          Ryan G. Baker
                                          *Attorneys for Defendants*
10                                        FILMON.COM, INC.; and ALKIVIADES
                                          DAVID, a/k/a ALKI DAVID

13  IT IS SO ORDERED.

15  Dated: May 20, 2013

                                      _____
16                                    AUDREY B. COLLINS
                                      UNITED STATES DISTRICT JUDGE

307279522.1                           3